IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| 3M INNOVATIVE PROPERTIES COMPANY, THE 3M COMPANY<br><br>Plaintiffs,<br><br>v.<br><br>ASSURETEC SYSTEMS, INC.,<br><br>Defendant. | Civil No. _____ |

## PLAINTIFFS' FED. R. CIV. P. 7.1 DISCLOSURE STATEMENT

Plaintiffs 3M Innovative Properties Company and 3M Company, by and through their counsel, hereby disclose that:

1. 3M Innovative Properties Company is a nongovernmental corporate party in the above-captioned action. 3M Financial Management Company owns 100% of the stock of 3M Innovative Properties Company. 3M Company owns 100% of the stock of 3M Financial Management Company.

2. 3M Company is a nongovernmental corporate party in the above-captioned action. No publicly-held corporation owns 10% or more of 3M Company's stock.

**Of Counsel**
Hildy Bowbeer
Melissa E. Buss
3M Innovative Properties Company
3M Center
P.O. Box 33427
Saint Paul, MN 55133

FISH & RICHARDSON P.C.

By: /s/ Thomas L. Halkowski
Thomas L. Halkowski (#4099)
William J. Marsden, Jr. (#2247)
919 N. Market Street, Suite 1100
P.O. Box 1114
Wilmington, DE 19899-1114
Telephone: (302) 652-5070
Facsimile: (302) 652-0607

Jonathan E. Singer
Ann N. Cathcart Chaplin
60 South Sixth Street, Suite 3300
Minneapolis, MN  55402
Telephone: (612) 335-5070
Facsimile: (612) 288-9696

Attorneys for Plaintiffs
3M INNOVATIVE PROPERTIES
COMPANY, THE 3M COMPANY

Dated:  June 6, 2006

60362023.doc