IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

3M INNOVATIVE PROPERTIES
COMPANY and THE 3M COMPANY,

Plaintiffs,

v.

ASSURETEC SYSTEMS, INC.,

Defendant.

C.A. No. 06-375-SLR

## NOTICE OF EXTENSION OF TIME

IT IS HEREBY AGREED to by Plaintiffs that, subject to the approval of the

Court, the time for Defendant Assuretec Systems, Inc. to answer, move or otherwise

plead in response to the Complaint [D.I. 1] in this action is extended to and including July

17, 2006.

FISH & RICHARDSON P.C.

By: */s/ Thomas L. Halkowski*
    Thomas L. Halkowski (#4044)
    919 N. Market Street, Suite 1100
    P.O. Box 1114
    Wilmington, DE 19899-1114
    (302) 652-5070

*Attorneys for Plaintiffs*
*3M Innovative Properties Company and*
*The 3M Company*

SO ORDERED, this _____ day of July, 2006.

_____
United States District Judge

<u>**CERTIFICATE OF SERVICE**</u>

I hereby certify that on July 13, 2006, I electronically filed the attached **NOTICE OF EXTENSION OF TIME** with the Clerk of the Court using CM/ECF.

I also certify that on July 13, 2006, I served Assuretec Systems, Inc. with the attached document by sending it via e-mail and First Class Mail to the following individual:

Halina Dziewit
Patton Boggs LLP
1660 Lincoln Street
Suite 1900
Denver, CO 80264
hdziewit@pattonboggs.com

_/s/ *Thomas L. Halkowski*_
Thomas L. Halkowski